UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DAVID RUGAR and BARBARA L. RUGAR,  :
                    Plaintiffs,  :
                                                   :  **ORDER**
v.  :
                                                     :  20 CV 0868 (VB)
KRAFT HEINZ FOOD COMPANY,  :
                    Defendant.  :
--------------------------------------------------------------x

        The Court conducted a status conference today, at which counsel for both parties appeared. The parties discussed defendant's anticipated motion for summary judgment.

        Accordingly, it is HEREBY ORDERED:

1. By **August 2, 2022**, defendant shall file a pre-motion conference letter regarding the anticipated summary judgment motion. By **August 16, 2022**, plaintiffs shall file their letter in response. Both letters shall be filed in accordance with Paragraph 2.B.ii. of Judge Briccetti's Individual Practices. In addition, defense counsel shall attach to the August 2, 2022, letter a copy of each of plaintiffs' experts' reports for the Court's review.

2. A pre-motion conference is scheduled for **September 1, 2022**, at **9:30 a.m.**, in the White Plains Courthouse, Courtroom 620.

Dated: June 2, 2022
       White Plains, NY

                                      SO ORDERED:

                                        Vincent L. Briccetti
                                        United States District Judge